**United States District Court
for the Northern District of Texas**

Fort Worth ___ Division

|  |  |  |
|---|---|---|
| **United States of America,** *Plaintiff,* | § § § | F.C.I Pollock <br> Place of Confinement |
| v. | § § § | 12613-509 <br> Bureau of Prisons Inmate Number |
| Roshua White *Defendant,* | § § | 4:20-cr-00339-Y-8 <br> Criminal Case Number |

NORTHERN DISTRICT OF TEXAS
FILED
SEP 19 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

**Defendant's Motion and Questionnaire for Reduction of Sentence
Pursuant to Section 404 of the First Step Act of 2018**

**Instructions – Read Carefully**

1. This form motion should only be used when requesting that your sentence be reduced based upon Section 404 of the First Step Act of 2018, which became effective on December 21, 2018. Defendants are *eligible* for relief if: they were convicted for an offense involving crack cocaine / cocaine base; they were sentenced before June 21, 2012, when the Supreme Court decided Dorsey v. United States, 567 U.S. 260 (2012); they continue to serve a sentence that is not fully in accordance with the Fair Sentencing Act; and a court has not already rejected a previous motion under Section 404 of the First Step Act. The First Step Act does not require a court to reduce the sentence, even though the defendant may be eligible for a reduction.

2. The motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office where the defendant was convicted:

| | | |
|---|---|---|
| Abilene Division <br> 341 Pine St, Rm 2008 <br> Abilene, TX 79601 | Amarillo Division <br> 205 SE 5th Ave, Rm 133 <br> Amarillo, TX 79101 | Dallas Division <br> 1100 Commerce St, Rm 1452 <br> Dallas, TX 75242 |
| Fort Worth Division <br> 501 W 10th St, Rm 310 <br> Fort Worth, TX 76102 | Lubbock Division <br> 1205 Texas Ave, Rm 209 <br> Lubbock, TX 79401 | San Angelo Division <br> 33 E Twohig Ave, Ste 202 <br> San Angelo, TX 76903 |
| Wichita Falls Division <br> 1000 Lamar St, Rm 203 <br> Wichita Falls, TX 76301 | | |

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of the court that entered the sentence that you are asking to reduce:

ELDON.B Mahon

Northern District of Texas, 501 West TENTH St. room 310 Ft.Worth, TX 76102

2. Date(s) of sentence and judgment of conviction:

~~0600~~ April 27, 2021

3. Are you currently in prison for this sentence?

[✓] Yes    [ ] No

4. If so, when is your projected date of release from the Bureau of Prisons (BOP)?

09-08-2032

5. Some programs offered by the BOP can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

[ ] Yes    _____ Date completed    [✓] No

6. Are you currently on supervised release?  [ ] Yes  [✓] No

7. Are you currently in prison because you violated your supervised release?

[ ] Yes  [✓] No

8. Is your case currently on appeal?  [ ] Yes  [✓] No

9. Offense(s) for which you were convicted (all counts):

| | |
|---|---|
| Unlawful Restraint<br>Burglary of habitation<br>Evading Arrest w/vehicle<br>Burglary of habitation<br>Burglary of vehicle<br>Attempted Deadly Conduct - Discharg Firearm x2<br>Evading Arrest w<br>Failure to identify | Current sentence<br>* Conspiracy to Possess with Intent to Distribute a controlled substance<br>21 U.S.C §§ 846 & 841 |

Page 2 of 4

10. Did your offense of conviction involve manufacture, distribution, or dispensing of crack cocaine / cocaine base or possession with intent to manufacture, distribute, or dispense crack cocaine / cocaine base?

    ☐ Yes  ☑ No  ☐ Do not know

11. Were you sentenced prior to June 21, 2012?

    ☐ Yes  ☐ No  ☑ Do not know

12. Have you previously filed a motion requesting a sentencing reduction under Section 404 of the First Step Act of 2018?

    ☐ Yes  ☑ No  ☐ Do not know

13. List any good conduct that occurred after your original sentencing that you would like the Court to know in deciding whether you should receive a sentencing reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    * Finance " ADULT Continuing Education Course
    * Real Estate
    * Commercial Driving Liscense
    * Drug ABUSE Drug program
    * K2 Awareness
    * Preparing For Your Fin Future
    * Spin Cycle
    * Spanish 2
    * gardening

I pray that the Court grant me relief for which I may be entitled in this proceeding.

Respectfully submitted on *August 30* _____, 20**24**

*[signature]*
Signature of Defendant

*Roshua White*
Printed Name

*12613-509*
BOP No.

*Pollock*
Federal Correctional Institution (if applicable)

*P.O. Box 4050*
Address

*Pollock, Louisiana 71467-4050*
City, State & Zip Code

United States District Court
for the Northern District of Texas

_Fort Worth_ Division

**United States of America,**
*Plaintiff,*

Place of Confinement: F.C.I Pollock

v.

Prisoner ID Number: 12613-509

**Roshua M White,**
*Defendant.*

Criminal Case Number: 4:20-cr-00339-Y-8

### Defendant's Motion and Questionnaire for Reduction of Sentence
### Pursuant to 18 U.S.C. § 3582(c)

**Instructions - Read Carefully**

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
341 Pine St, Rm 2008
Abilene, TX 79601

Amarillo Division
205 SE 5th Ave, Rm 133
Amarillo, TX 79101

Dallas Division
1100 Commerce St, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W 10th St, Rm 310
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave, Rm 209
Lubbock, TX 79401

San Angelo Division
33 E Twohig Ave, Ste 202
San Angelo, TX 76903

Wichita Falls Division
501 W 10th St, Rm 310
Fort Worth, TX 76102

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

"ELDON Brown United States District Court Office of the Clerk, Northern District of Texas 501 West TENTH ST. ROOM 310 FT. Worth, TX 76102

2. Date(s) of sentence and judgment of conviction:

April 27, 2021

3. Are you currently in prison for this sentence?

✓ Yes ____ No

4. If so, when is your projected date of release?

09-08-2032

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

NO

6. Are you currently on supervised release?  ____ Yes ✓ No

7. Are you currently in prison because you violated your supervised release?

____ Yes ✓ No

8. Is your case currently on appeal? ____ Yes ✓ No

9. Offense(s) for which you were convicted (all counts):

Unlawful Restraint, Burglary habitation, Evading Arrest w/Vehicle, burglary habitation, burglary of vehicle
Attempted Deadly conduct discharge Firearms*2, Evading arrest, failure to identify,
*Current sentence* Conspiracy to Possess with Intent to Distribute a Controlled Substance
21 U.S.C §§ 841 & 846

Page 2 of 4

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

    __✓__ Yes    _____ No    _____ Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

    _____ Yes    _____ No    __✓__ Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

    _____ Yes    __✓__ No    _____ Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

    * Finance "ADULT Continuing Education Course
    * Real Estate
    * Commercial Driving License
    * Drug program "@ Drug Abuse"
    * K2 awareness
    * Preparing For Your Fin Future
    * @ Spin cycle
    * Spanish 2
    * gardening

Page 3 of 4

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this *August 30th*, 2024.

_____
Signature of Defendant

*Joshua White*
Printed Name

*12613-509*
BOP No.

*Pollock*
Federal Correctional Institution (if applicable)

*P.O. Box 4050*
Address

*Pollock, Louisiana 71467-4050*
City, State & Zip Code

Joshua White #12013-509
F.C.I
P.O Box 4050
Pollock, LA 71467-4050

ELDON B Mahon
U.S. DC CTC #411
Room 310
501 W 10th St
FORT Worth, TX 76102
United States

RECEIVED
SEP 19 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY